# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and fourteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 14-3840 |
| v. | |
| Albert Golant, AKA Sealed Defendant 1, | |
| Defendant, | |
| George Iosifidis, AKA Sealed Defendant 2, | |
| Defendant - Appellant. | |

_____

IT IS HEREBY ORDERED that Appellant's motion to expedite resolution of motion for bail is GRANTED. The motion for bail is now scheduled for argument on Tuesday, December 2, 2014 at 10:00 am.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

